NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-879

STATE OF LOUISIANA

VERSUS

SIDNEY SPEAKS

**********
APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 69,556
HONORABLE J. P. MAUFFRAY, JR., DISTRICT JUDGE
**********

**GLENN B. GREMILLION**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED WITH INSTRUCTIONS.**

**Hon. J. Reed Walters**
**District Attorney - 28th JDC**
**Walter E. Dorroh, Jr., Asst. D.A.**
**P. O. Box 1940**
**Jena, LA 71342-1940**
**(318) 992-8282**
**Counsel for: Plaintiff Appellee**
       **State of Louisiana**

**Laura Pavy**
**Louisiana Appellate Project**
**P. O. Box 750602**
**New Orleans, LA 70175-0602**
**(504) 833-2910**
**Counsel for Defendant/Appellant**
    **Sidney Speaks**

**Sidney Speaks**
**LaSalle Correctional Center**
**15976 Hwy. 165**
**Olla, LA 71465-4801**
**In Proper Person:**
    **Sidney Speaks**